# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

ROBERT E. BRYANT and
HOOP BEEF SYSTEM, LLC,

    Plaintiffs,

vs.

ENGINEERING SERVICES &
PRODUCTS CO. *dba* FARMTEK,

    Defendant.

No. C09-4006-MWB

**ORDER**

---

This matter is before the court on the motion of the plaintiffs' attorneys to withdraw from this case. (Doc. No. 42) The court held a hearing on the motion on February 24, 2010. Appearances for the plaintiffs included Robert E. Bryant; Brent Bryant as representative of Hoop Beef System, LLC; and attorneys Edmund J. Sease and Janet E. Phipps-Burkhead. Appearances for the defendant included John C. Linderman and Richard J. Twilley.

Having considered the motion and the parties' statements during the hearing, the motion (Doc. No. 42) is **granted**. The plaintiffs' current attorneys are withdrawn from the case.

The plaintiff Hoop Beef System, LLC is ordered to have another attorney enter an appearance on its behalf **by March 8, 2010**, or the plaintiff will be required to show cause why it should not be dismissed from the case. *See Rowland v California Men's Colony*, 506 U.S. 194, 201-02, 113 S. Ct. 716, 721, 121 L. Ed. 2d 656 (1993) ( "It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel. . . . As the courts have recognized, the rationale for that rule applies equally to all artificial entities.") (citing numerous cases from 1824 to the

present); *Carr Enterprises, Inc. v. United States*, 698 F.2d 952, 953 (8th Cir. 1983) ("While 28 U.S.C. § 1654 protects parties' rights to plead and conduct their own cases, that right has never been interpreted to allow an individual to appear for a corporation *pro se*.").

The discovery deadline is extended to **April 5, 2010**. By the same date, the plaintiffs must (1) produce any rebuttal expert report they intend to use in the case; (2) respond to all outstanding discovery requests; and (3) make any desired designations regarding confidentiality of the deposition testimony of Robert Bryant and Brent Bryant, individually or as representatives of Hoop Beef System, LLC.

**IT IS SO ORDERED.**

**DATED** this 24th day of February, 2010.

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT